UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 2:17-cv-14116-RLR

JAMES ALDERMAN,

    Plaintiff,

v.

MERCANTILE ADJUSTMENT BUREAU, LLC,
*a New York Limited Liability Company*

    Defendant.
_____/

### DEFENDANT, MERCANTILE ADJUSTMENT BUREAU, LLC'S, NOTICE OF PENDING SETTLEMENT

Defendant, Mercantile Adjustment Bureau, LLC (MAB), by and through its undersigned counsel, hereby submits this Notice of Pending Settlement and states that the parties have reached a verbal settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

Date: May 11, 2017

    Respectfully submitted,

    /s/ Jocelyn C. Smith
    Jocelyn C. Smith, Esq.
    Florida Bar No. 0036554
    Dayle M. Van Hoose, Esq.
    Florida Bar No. 0016277
    SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
    3350 Buschwood Park Drive, Suite 195
    Tampa, Florida 33618
    Telephone: (813) 440-5328
    Facsimile: (866) 466-3140

                                                      jsmith@sessions.legal
                                                      dvanhoose@sessions.legal

                                                      Attorneys for Defendant,
                                                      Mercantile Adjustment Bureau, LLC

## **CERTIFICATE OF SERVICE**

I certify that on this 11th day of May 2017, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiff's counsel as described below. Parties may access this filing through the Court's system.

                              Leo W. Desmond, Esq.
                              5070 Highway A1A, Suite D
                              Vero Beach, FL 32963

                                                    /s/ Jocelyn C. Smith
                                                    Attorney