UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  2:17-cv-14116-RLR

JAMES ALDERMAN,

    Plaintiff,

v.

MERCANTILE ADJUSTMENT BUREAU, LLC,
*a New York Limited Liability Company,*

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Defendant, MERCANTILE ADJUSTMENT BUREAU, LLC and the Plaintiff, JAMES ALDERMAN, by and through the undersigned counsel, pursuant to *Federal Rule of Civil Procedure 41(a)(1)(A)(ii)* hereby STIPULATE AND AGREE, that the above cause, having been amicably resolved, be dismissed with prejudice as to all claims, between all parties, with each party to bear their own costs and attorneys' fees in this matter.

Dated: June 9, 2017.                                          Respectfully submitted,

                                                                             */s/  Leo W. Desmond*
                                                                             Leo W. Desmond, Esq.
                                                                             Florida Bar No.: 0041920
                                                                             DESMOND LAW FIRM, P.C.
                                                                             5070 Highway A1A, Suite D
                                                                             Vero Beach, Florida 32963
                                                                             Telephone: (772) 231-9600
                                                                             Facsimile: (772) 231-0300
                                                                             lwd@verobeachlegal.com
                                                                             *Attorney for Plaintiff*

                                                                             */s/ Jocelyn C. Smith*
                                                                             Jocelyn C. Smith, Esq.

        Florida Bar No. 0036554
SESSIONS, FISHMAN, NATHAN
& ISRAEL, LLC
3350 Buschwood Park Drive, Suite 195
Tampa, Florida 33618
Telephone: 813.440.5327
Facsimile: 866.466.3140
jsmith@sessions.legal.com
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 9, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this date via U.S. Mail and/or some other authorized manner for those counsel or parties, if any, who are not authorized to receive electronically Notices of Electronic Filing.

Respectfully submitted,

*/s/ Leo W. Desmond*
Leo W. Desmond, Esq.
DESMOND LAW FIRM, P.C.
Florida Bar No. 0041920
5070 Highway A1A
Suite D
Vero Beach, FL 32963
Tel: 772.231.9600
Fax: 772.231.0300
lwd@verobeachlegal.com
*Attorney for Plaintiff*

2